## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 12-48569 |
| | ) |
| Joseph Gibson and | ) Hon. Jack B. Schmetterer |
| Annastein Gibson | ) |
| Debtor | ) Chapter 13 |
| | ) |
| _____ | ) _____ |
| | ) |
| Joseph Gibson and | ) Adv No. 12-01947 |
| Annastein Gibson | ) |
| Plaintiff | ) Hon. Jack B. Schmetterer |
| | ) |
| v. | ) |
| | ) |
| Bank of America and | ) |
| Dyck Oneal | ) |
| Defendant | ) |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

Pursuant to a Default Order and because the allegations in the Complaint have been taken as confessed against Dyck Oneal, the following findings of fact and conclusions of law are made and will be entered:

1. Plaintiffs are individuals residing at 16712 S. Merrill Ave., South Holland, IL 60473.

2. Dyck Oneal is a lender and/or servicer of mortgages.

3. Plaintiffs filed for relief under chapter 13 of the United States Bankruptcy Code on 12/11/2012 in the Northern District of Illinois, case number 12-48569.

4. This adversary proceeding arises under sections 502 and 506 of the United States Bankruptcy Code.

5. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 151, 157 and 1334 and this is a core proceeding under 28. U.S.C. § 157.

6. Plaintiffs are the owners of real estate located at 16712 S. Merrill Ave., South Holland, IL described as follows:

Common Address: 16712 Merrill South Holland, IL 60473

Parcel ID #: 29-24-306-019-0000

7. The fair market value of the real estate is $99,000 pursuant to Exhibit A to the original adversary complaint.

8. A first mortgage lien is currently held by Bank of America in the amount of $112,698 pursuant to Exhibit B to the original adversary complaint.

9. Dyck Oneal granted a third mortgage but failed to record its lien.

10. Pursuant to 11 U.S.C. §§ 502, 506(a) and 506(d), Dyck Oneal holds only an unsecured claim in the Plaintiffs' underlying bankruptcy case.

Signed: *Donald R. Cassling /JN/*

5/8/13

Prepared by:
Jonathan D. Parker
Attorneys for Plaintiffs
Geraci Law LLC
55 E. Monroe St., Suite 3400
Chicago, IL 60603